## Tobin *v.* Tobin, Appellant.

*Appeals—Interlocutory order—Divorce—Subpœna.*

No appeal lies from an order discharging a rule to show cause why service of a subpœna in divorce should not be set aside. Such order is interlocutory.

Argued Nov. 23, 1906. Appeal, No. 31, Oct. T., 1906, by defendant, from order of C. P. Del. Co., discharging rule to set aside subpœna in divorce in case of Mary N. Tobin v. Francis Tracy Tobin. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Appeal quashed.

Rule to set aside service of subpœna in divorce.

*Error assigned* was order discharging rule to set aside service of subpœna.

*Francis Tracy Tobin*, p. p.

*O. B. Dickinson*, with him *A. E. Peterson*, for appellee.

PER CURIAM, December 10, 1906 :

This is an appeal from an order discharging a rule to show cause why service of the subpœna in divorce should not be set aside. Such order is clearly interlocutory, and not the subject of an independent appeal: Lycoming Fire Insurance Co. v. Storrs, 97 Pa. 354 ; Phila. & Reading R. R. Co. v. Snowdon, 161 Pa. 201 ; Platt v. Belsena Coal Mining Co., 191 Pa. 215. Therefore the motion to quash the appeal must be sustained.

Appeal quashed, the costs to be paid by the appellant.